UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN SCOTT MASON,<br><br>    Defendant. | CRIMINAL ACTION NO. 5:20-69-KKC<br>CIVIL ACTION NO. 5:23-1-KKC<br><br><br>ORDER |

*** *** ***

This matter is before the Court on the Magistrate Judge's Report and Recommendation (DE 82) regarding Defendant Jonathan Scott Mason's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (DE 72). The Report and Recommendation instructed Defendant to file any specific written objections to the decision within fourteen days of service. (DE 82 at 14.) Defendant has not objected, and the deadline to do so has passed.

The Report and Recommendation found that Defendant's claims lacked merit. (DE 82 at 8, 11-12.) Therefore, the Magistrate Judge recommended that this Court deny Defendant's § 2255 motion with prejudice and deny a Certificate of Appealability as to all issues. (*Id.* at 12-14.) After review of the record, the Court agrees with the Report and Recommendation's analysis and denies Defendant's § 2255 motion.

Accordingly, the Court hereby ORDERS as follows:

1.     The Report and Recommendation (DE 82) is ADOPTED as the Court's opinion;

2. Defendant Jonathan Scott Mason's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (DE 72) is DENIED with prejudice;

3. A Certificate of Appealability SHALL NOT issue; and

4. A judgment SHALL BE ENTERED contemporaneously with this Order.

This 7th day of July, 2023

*[signature]*

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY